*L. Laflin Kellogg* and *Alfred C. Petté* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, HOGAN and CARDOZO, JJ. Dissenting: CUDDEBACK, J. Not sitting: MILLER, J.

---

SIGISMUND L. ADLER, Appellant, *v.* THE PEOPLE'S BANK AT PINCKARD, ALABAMA, Respondent.

*Adler* v. *People's Bank at Pinckard, Ala.*, 151 App. Div. 941, affirmed.
(Submitted February 10, 1914; decided March 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 19, 1912, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover for alleged breach of certain contracts.

*Edward D. Brown* for appellant.

*Louis F. Doyle* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN and CARDOZO, JJ. Not sitting: MILLER, J.

---

JAMES THEDFORD, Respondent, *v.* HENRY L. HERBERT, Appellant.

*Thedford* v. *Herbert*, 150 App. Div. 930, affirmed.
(Argued February 10, 1914; decided March 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered June 5, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for an alleged breach of contract.

*Henry M. Earle* for appellant.

*George H. Fletcher* and *James H. Richards* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN and CARDOZO, JJ. Not sitting: MILLER, J.